**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6035**

DEXTER DRAKE COFFIN, III,

Plaintiff - Appellant,

versus

L.H. BREZEE; EUNICE BELVIN; A. D. MATHEWS,
Sheriff; EMSA CORRECTIONAL CARE,

Defendants - Appellees,

and

UNKNOWN OR IDENTIFIED MEDICAL EMPLOYEES OF
HENRICO COUNTY JAIL; HENRICO COUNTY JAIL,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-95-260-R)

Submitted: April 15, 1996          Decided: May 2, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dexter Drake Coffin, III, Appellant Pro Se. Michael Paul Falzone, David Wayne Robinson, HIRSCHLER, FLEISCHER, WEINBERG, COX & ALLEN, Richmond, Virginia; Carlyle Randoph Wimbish, III, Marvin Pierce Rucker, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Coffin v. Brezee</u>, No. CA-95-260-R (E.D. Va. Dec. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2